United States District Court
Southern District of New York
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

STEPHANIE CALLA,

        Defendant.

- - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 5 2008
```

08 CRIM 724

## COUNT ONE

The Grand Jury charges:

1. From in or about November 2006, up to and including in or about June 2008, in the Southern District of New York and elsewhere, STEPHANIE CALLA, the defendant, unlawfully, willfully, and knowingly did execute and attempt to execute a scheme and artifice to defraud a financial institution, to wit, a branch of a foreign bank as defined in paragraph 3 of the International Banking Act of 1978, Title 12, United States Code, Section 3101, ("Bank-1"), and to obtain moneys, funds, and assets owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, CALLA knowingly caused Bank-1 to pay invoices for apartment rentals and services which Bank-1 never authorized, for CALLA's benefit.

(Title 18, United States Code, Section 1344.)

Judge McMahon

## FORFEITURE ALLEGATION

2. As a result of committing the offenses alleged in this Indictment, STEPHANIE CALLA, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, constituting or derived from proceeds obtained directly or indirectly as a result of the offense charged herein, to wit, bank fraud.

## SUBSTITUTE ASSET PROVISION

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above

forfeitable property.

>(Title 18, United States Code, Section 981,
>Title 28, United States Code, Section 2461, and
>Title 18, United States Code, Section 1344.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

3

8/5/08; Filed Indictment. Case assigned to Judge McMahon for all purposes. ao, Ellis, J

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

STEPHANIE CALLA,

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 1344)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson