United States District Court
Southern District of New York
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
            - v. -               :
                                 :   08 Cr. 724 (CM)
STEPHANIE CALLA,                 :
                                 :        ORDER
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 9 2008

            Upon the application of the United States of America,
by and through Michael J. Garcia, United States Attorney, Amanda
Kramer, of counsel, it is hereby ORDERED that the time between
today's date and September 4, 2008, is hereby excluded under the
Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A). The Court
finds that the granting of such an exclusion best serves the ends
of justice and outweighs the best interests of the public and the
defendant in a speedy trial, because it will permit the
Government and the defendants, through their attorneys, to
discuss a possible disposition of the case.


                                          SO ORDERED.

                                          _____
August  19 , 2008                         Paul A. Crotty, U.S.D.J.

                                          Part I



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 18, 2008

**BY FACSIMILE**

Honorable Paul A. Crotty, U.S.D.J.
United States District Court
500 Pearl Street, Room 735
New York, New York 10007

    Re:    <u>United States v. Stephanie Calla,</u>
           08 Cr. 724 (CM)

Dear Judge Crotty:

    The above-referenced Indictment was wheeled out to the Honorable Colleen McMahon on August 6, 2008, following a presentment on a complaint on July 7, 2008. Judge McMahon is currently unavailable and has referred this matter to Magistrate's Court for arraignment. Judge McMahon's law clerk has informed me that an initial conference may be held in this case on September 4, 2008.

    The Government respectfully requests that the Court exclude the time between August 18, 2008 and September 4, 2008 from calculation pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A) in the interest of justice. Ms. Shroff consents to this request for the exclusion of time. A proposed order is enclosed.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney
                                        Southern District of New York

                              By: _____
                                        Amanda Kramer
                                        Assistant United States Attorney
                                        (212) 637-2478

cc:    Sabrina Shroff, Esq.